Prob 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 3 2006

at 3 o'clock and 21 min
SUE BEITIA, CLERK

# United States District Court
## FOR THE
### DISTRICT OF HAWAII

UNITED STATES OF AMERICA

v.   Criminal No. CR 04-00393HG-01

MARTIN MICHEELSEN

On 7/26/2004, the above-named was placed on probation for a period of 3 years. He has complied with the rules and regulations of probation and is no longer in need of probation supervision. It is accordingly recommended that he be discharged from probation at this time, having served 20 months of supervision.

Respectfully submitted,

_____
JONATHAN K. SKEDELESKI
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this 12th day of April, 2006.

_____
HELEN GILLMOR
Chief U.S. District Judge